UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CORIELLE JOHNSON #324642,

       Plaintiff,                                          Case No.  2:12-CV-205

v.                                                          Hon. Gordon J. Quist

PAUL TURNER, et al.,

       Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

        The Court has reviewed Magistrate Judge Timothy Greeley's October 24, 2016 Report and Recommendation recommending that the Court grant in part and deny in part Defendants' motion for summary judgment.  The Report and Recommendation was duly served on the parties on October 24, 2016.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 24, 2016 (ECF No. 171), is approved and adopted as the opinion of the Court.

        **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 166) is **GRANTED IN PART AND DENIED IN PART**.  The motion is **granted** with regard to Plaintiff's retaliation claims against Defendants Bemis and Turner, and **denied** with regard to the deliberate indifference claim against Defendants Hietikka, Meyers, and Rasenen.

Dated:  November 16, 2016                             /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE